IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY JOE JOHNSTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:14-cv-00017 |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Knowles |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Terry Joe Johnston's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 9). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion (Doc. No. 10) and Plaintiff filed a Reply (Doc. No. 13). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 14 at 27.) The Report was filed on July 22, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 17 day of August, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT